**CHRISTIAN CONTRERAS** (CSB 330269)
LAW OFFICES OF CHRISTIAN CONTRERAS, A PROF. CORP.
360 E. 2nd Street, 8th Floor
Los Angeles, CA 90012
(323) 435-8000 / (323) 597-0101 fax
Email: cc@contreras-law.com

**DONALD W. COOK** (CSB 116666)
ATTORNEY AT LAW
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 fax
Email: manncooklaw@gmail.com

**CYNTHIA ANDERSON-BARKER** (CSB 175764)
LAW OFFICE OF CYNTHIA ANDERSON-BARKER
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
(213) 381-3246 / (213) 252-0091 fax
Email: cablaw@hotmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES CONTRERAS MURCIA and SHERMAN A. PERRYMAN, individually and as class representatives,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA MONICA, et al.,<br><br>Defendants. | Case No. 2:22-cv-5253-FLA-MAR<br><br>**NOTICE OF CONDITIONAL SETTLEMENT; REQUEST TO SUSPEND LITIGATION PENDING APPROVAL OF SETTLEMENT BY CITY OF SANTA MONICA** |

TO THE HON. FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE:

WHEREAS the parties have been engaged in settlement discussions which included a settlement conference before Mediator Richard Copeland;

WHEREAS on February 28, 2024, the parties agreed upon a tentative and conditional class-based settlement that, while subject to City Council approval, if approved, will dispose of this litigation in its entirety;

WHEREAS the tentative and conditional settlement includes a certification of a F.R.C.P. 23(b)(3) damages class for settlement purposes only and consists of vehicle owners whose vehicles the City of Santa Monica impounded under the authority of Cal.

Veh. Code § 14602.6 for the class period set forth in the Second Amended Complaint;

WHEREAS in light of the tentative and conditional settlement Plaintiffs are withdrawing their pending motion for class certification (ECF 51 filed August 18, 2023);

WHEREAS approval by the City Council of the City of Santa Monica must be obtained before the settlement agreement can be finalized and the settlement presented to the Court for its review and approval;

WHEREAS it is anticipated that the matter will go before the Santa Monica City Council on March 19, 2024; and at such time the Santa Monica City Attorney's Office will recommend approval;

WHEREAS if there is City Council approval, Plaintiffs, thereafter, will file the appropriate motions for preliminary and final approval for class certification based on a settlement, along with a motion awarding Plaintiffs attorneys' fees as per the terms of the settlement agreement;

NOW THEREFORE the parties request that the Court vacate all pretrial, trial and related dates, allow Plaintiffs to withdraw their motion for class certification, and set a date at least 90 days hence for the filing of either (a) Motion for Preliminary Approval of Proposed Class Action Settlement, or (b) a joint report on why such motion has not been filed.

[Signature of counsel on following page]

///
///
///
///
///
///
///
///

00159057.WPD

DATED: March 1, 2024

**DONALD W. COOK**
Attorney for Plaintiffs

By _/s/ Donald W. Cook_
Donald W. Cook

DATED: March 1, 2024

**CAROL M. SILBERBERG**
**JOSHUA C. STOKES**
BERRY SILBERBERG STOKES PC

**DOUGLAS SLOAN**, City Attorney
**SUSAN Y. COLA**, Assistant City Attorney
**IVAN O. CAMPBELL**, Deputy City Attorney
**MICHELLE M. HUGARD**, Deputy City Attorney
Attorneys for Defendants

s/ Carol M. Silberberg

By _____
Carol M. Silberberg

Pursuant to L.R. 5-4.3.4, the filer of this document attests that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.