UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES CONTRERAS MURCIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA MONICA, et al.,<br><br>Defendants. | Case No. 2:22-cv-05253-FLA (MARx)<br><br>**ORDER APPROVING STIPULATION TO VACATE DATES IN ADVANCE OF APPROVAL OF SETTLEMENT [DKT. 57]** |

1

1    On March 1, 2024, Plaintiffs Reyes Contreras Murcia and Sherman A. Perryman ("Plaintiffs") and Defendants City of Santa Monica, Ramon Batista, David White, Matthew Lieb, and the Santa Monica Police Department filed a notice of conditional settlement and request to vacate all pretrial and trial dates (the "Stipulation").  Dkt. 57.  The parties state they have reached a tentative settlement that would dispose of the entire litigation, but must first obtain approval from the City Council of the City of Santa Monica.  *Id.* at 1–2.

   The court, having considered the Stipulation, and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

- Plaintiffs' Motion for Class Certification (Dkt. 51) is hereby deemed WITHDRAWN;
- All pretrial, trial, and related dates are VACATED;
- Within ninety (90) days of this Order, Plaintiffs shall file a Motion for Preliminary Approval of Proposed Class Action Settlement or the parties shall file a joint status report regarding why the motion has not been filed.

   IT IS SO ORDERED.

Dated: March 1, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge