**CHRISTIAN CONTRERAS** (CSB 330269)
LAW OFFICES OF CHRISTIAN CONTRERAS, A PROF. CORP.
360 E. 2nd Street, 8th Floor
Los Angeles, CA 90012
(323) 435-8000 / (323) 597-0101 fax
Email: cc@contreras-law.com

**DONALD W. COOK** (CSB 116666)
ATTORNEY AT LAW
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 fax
Email: manncooklaw@gmail.com

**CYNTHIA ANDERSON-BARKER** (CSB 175764)
LAW OFFICE OF CYNTHIA ANDERSON-BARKER
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
(213) 381-3246 / (213) 252-0091 fax
Email: cablaw@hotmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES CONTRERAS MURCIA and SHERMAN A. PERRYMAN, individually and as class representatives,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA MONICA, et al.,<br><br>Defendants. | Case No. 2:22-cv-5253-FLA-MAR<br><br>**NOTICE OF SUBMISSION OF EXECUTED CLASS SETTLEMENT AGREEMENT**<br><br>Date: 7/5/24<br>Time: 1:30 P.M.<br>Ctrm: 6B (1st Street)<br><br>Pretrial: vacated<br>Trial: vacated |

TO THE COURT:

In connection with Plaintiffs' motion for class certification etc. (ECF 61), submitted herewith is the fully executed class settlement agreement. An index is on the following page.

DATED: June 17, 2024

**CYNTHIA ANDERSON-BARKER
CHRISTIAN CONTRERAS
DONALD W. COOK**
Attorneys for Plaintiffs

By_____
Donald W. Cook

-1-

00160302.WPD

INDEX

Class Settlement Agreement .................................... ECF 63-1

Exhibit A to Class Settlement Agreement (Class Notice) .............. ECF 63-2

Exhibit B to Class Settlement Agreement (Opt-Out Form) ............. ECF 63-3