1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA

10

11   REYES CONTRERAS MURCIA, *et al.*,    | Case No. 2:22-cv-05253-FLA (MARx)

12                              Plaintiffs,   | **ORDER TO SHOW CAUSE WHY**

13              v.                           | **THE COURT SHOULD NOT**
                                             | **DISMISS ACTION FOR LACK OF**
14                                           | **PROSECUTION**
     CITY OF SANTA MONICA, *et al.*,
15
                                Defendants.
16

17
18
19
20
21
22
23
24
25
26
27
28

On March 11, 2025, the court entered an Order Denying Plaintiffs' Motion for Class Certification, Preliminary Approval of Class Action Settlement, and Related Matters ("Order"). Dkt. 67. The Order set a deadline ("Briefing Deadline") of April 10, 2025, for Plaintiffs Reyes Contreras Murcia and Sherman Perryman ("Plaintiffs") to file an amended motion for preliminary approval of class action settlement ("Amended Motion"). *Id.* at 10.

Plaintiffs proceeded to file three *ex parte* applications to continue the Briefing Deadline. Dkts. 68, 70, 72. The court granted the applications for good cause. Dkts. 69, 71, 73. The deadline to file the Amended Motion was May 30, 2025. Dkt. 73. Plaintiffs have not filed an Amended Motion.

Accordingly, the court ORDERS Plaintiffs to show cause ("OSC") in writing, within fourteen (14) days of this Order, why the court should not dismiss this action for lack of prosecution. *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or claim for failure to prosecute). Failure to respond timely may result in dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: August 18, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge